**Entered on Docket**
**February 05, 2010**

_Bruce A. Markell_
_____
Hon. Bruce A. Markell
United States Bankruptcy Judge

Electronically Filed on _____

WILDE & ASSOCIATES
Gregory L. Wilde, Esq.
Nevada Bar No. 004417
208 South Jones Boulevard
Las Vegas, Nevada 89107
Telephone:  702 258-8200
bk@wildelaw.com
Fax:  702 258-8787

MARK S. BOSCO, ESQ.
Arizona Bar No. 010167
TIFFANY & BOSCO, P.A.
2525 East Camelback Road, Suite 300
Phoenix, Arizona 85016
Telephone: (602) 255-6000

Litton Loan Servicing LP
09-78119

## UNITED STATES BANKRUPTCY COURT
### DISTRICT OF NEVADA

| | |
|---|---|
| In Re: | BK-S-09-33148-bam |
| Labros Kalianiotis and Irene Kalianiotis, | Date:  1/19/2010<br>Time: 1:30 pm |
| | Chapter 7 |
| Debtors. | |

## ORDER VACATING AUTOMATIC STAY

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Automatic Stay in the above-entitled bankruptcy proceedings is immediately vacated and extinguished for all purposes as to Secured Creditor Litton Loan Servicing LP, its assignees and/or successors in interest, of the subject property, generally described as 8940 David Allen Court, Las Vegas, NV 89149, and legally described as follows:

Parcel One (1):

Lot One-Hundred-Sixty-Seven (167) in Block One (1), of WHITNEY HEIGHTS as shown by map thereof on file in Book 123 of Plats, Page 3 in the Office of the County Recorder of Clark County, Nevada.

Reserving therefrom a non-exclusive easement for ingress, egress, use and enjoyment and public utility purposes, on, over and across the private streets and common areas on the map referenced hereinabove.

Parcel Two (2):

A non-exclusive easement for ingress, egress, use and enjoyment and public utility purposes on, over and across the private streets and common areas on the map referenced hereinabove, which easement is appurtenant to Parcel One (1).

///
///
///
///
///
///
///
///
///
///

1    **IT IS FURTHER ORDERED, ADJUDGED and DECREED that the Secured Creditor shall**

2    **give Debtors at least five business days' notice of the time, place and date of sale.**

3

4         DATED this _____ day of _____, 2010.

5    Submitted by:

6    **WILDE & ASSOCIATES**
                              #10235
7    By:____/s/Gregory L. Wilde, Esq____

8    **Gregory L. Wilde, Esq.**
     Attorney for Secured Creditor
9    208 South Jones Boulevard
     Las Vegas, Nevada 89107
10

11   APPROVED / DISAPPROVED

12
     By:_____
13   Corey B. Beck
     524 South 8th St.
14   Las Vegas, NV 89101
     Attorney for Debtor(s)
15

16   Nevada Bar No:_____

17

18   APPROVED / DISAPPROVED

19
     By:_____
20   Yvette Weinstein
     6450 Spring Mtn. Rd. #14
21   Las Vegas, NV  89146
     Chapter 7 Trustee
22

23

24

25

26

In accordance with Local Rule 9021, the undersigned counsel certifies as follows (check one):

_____ The court waived the requirements of LR 9021.

_____ No parties appeared or filed written objections, and there is no trustee appointed in the case.

_____ No parties appeared or filed written objections, and the trustee is the movant.

__x_ This is a chapter 7 or 13 case, and either with the motion, or at the hearing, I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and any trustee appointed in this case, any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below:

Debtor's counsel:

_____ approved the form of this order          _____ disapproved the form of this order

_____ waived the right to review the order and/or    __x__ failed to respond to the document

_____ appeared at the hearing, waived the right to review the order

_____ matter unopposed, did not appear at the hearing, waived the right to review the order

Trustee:

_____ approved the form of this order          _____ disapproved the form of this order

_____ waived the right to review the order and/or    _x___ failed to respond to the document

_____ This is a chapter 9, 11, or 15 case, and I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and any trustee appointed in this case any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below.

Debtor's counsel:

_____ approved the form of this order          _____ disapproved the form of this order

_____ waived the right to review the order and/or    _____ failed to respond to the document

_____ appeared at the hearing, waived the right to review the order

_____ matter unopposed, did not appear at the hearing, waived the right to review the order

Trustee:

_____ approved the form of this order          _____ disapproved the form of this order

_____ waived the right to review the order and/or    _____ failed to respond to the document

_____ I certify that I have served a copy of this order with the motion, and no parties appeared or filed written objection.

Submitted by:
 /s/ Gregory L. Wilde, Esq.
Gregory L. Wilde, Esq.
Attorney for Secured Creditor